**No. 11-5179. Dennis Perdue, Petitioner v. Nick Ludwick, Warden.**

565 U.S. 893, 132 S. Ct. 278, 181 L. Ed. 2d 166, 2011 U.S. LEXIS 5668.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5180. Kenneth Frank McHugh, Petitioner v. United States.**

565 U.S. 893, 132 S. Ct. 278, 181 L. Ed. 2d 166, 2011 U.S. LEXIS 5629.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 639 F.3d 1250.

**No. 11-5181. Marquis Johnson, Petitioner v. Stuart J. Ryan, Warden.**

565 U.S. 894, 132 S. Ct. 279, 181 L. Ed. 2d 166, 2011 U.S. LEXIS 5545.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 408 Fed. Appx. 71.

**No. 11-5182. Perry Leonard Johnson, Petitioner v. United States.**

565 U.S. 894, 132 S. Ct. 279, 181 L. Ed. 2d 166, 2011 U.S. LEXIS 5496.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5183. Joseph Edward McConnel, Petitioner v. United States.**

565 U.S. 894, 132 S. Ct. 279, 181 L. Ed. 2d 166, 2011 U.S. LEXIS 5720.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 425 Fed. Appx. 691.

**No. 11-5185. Jeremy Wayne Dorsey, Petitioner v. Texas.**

565 U.S. 894, 132 S. Ct. 279, 181 L. Ed. 2d 166, 2011 U.S. LEXIS 5497.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Third District, denied.

**No. 11-5186. Blanca Virgen, Petitioner v. United States.**

565 U.S. 894, 132 S. Ct. 279, 181 L. Ed. 2d 166, 2011 U.S. LEXIS 5671.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 386 Fed. Appx. 500.

**No. 11-5187. Melecio M. Cardona, Petitioner v. California.**

565 U.S. 894, 132 S. Ct. 279, 181 L. Ed. 2d 166, 2011 U.S. LEXIS 5433.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 11-5189. Tracy Hertel, Petitioner v. Mark Sevier, Superintendent, Miami Correctional Facility.**

565 U.S. 894, 132 S. Ct. 280, 181 L. Ed. 2d 166, 2011 U.S. LEXIS 5728.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.